```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
MANUEL ORTEGA ORTEGA,                                              :
                                                                   :
                              Plaintiff,                           :
                                                                   :        21-cv-8748 (LJL)
              -v-                                                  :        21-cv-9123 (LJL)
                                                                   :
SALERNITANI LTD., et al.,,                                         :            ORDER
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X
                                                                   :
MARCELINO MENDOZA ORTEGA,                                          :
                                                                   :
                              Plaintiff,                           :
                                                                   :
              -v-                                                  :
                                                                   :
CAMPANIA FELIX LLC, et al,                                         :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2022

LEWIS J. LIMAN, United States District Judge:

      On October 17, 2022, the Court held a post-discovery status conference. Plaintiffs attended. Defendants did not appear. As discussed at the conference, the Court orders the following:

      Discovery is now closed.

      The parties shall submit the joint pretrial order required by the Court's individual practices (with motions in limine, proposed requests to charge, and proposed voir dire) by December 16, 2022. Motions in limine may include a motion based on Defendants' failure to respond to discovery. Opposition to any motions in limine, requests to charge, or voir dire are due by December 23, 2022. The Court will hold an in-person final pretrial conference at 2:00 p.m. on January 26, 2023 in Courtroom 15C at 500 Pearl Courthouse, New York, NY 10007.

Trial will be held on January 30, 2023 in Courtroom 15C.

    SO ORDERED.

Dated: October 17, 2022
      New York, New York

                                    LEWIS J. LIMAN
                              United States District Judge