UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANUEL ORTEGA ORTEGA, on behalf of himself, and other similarly situated employees,

                       Plaintiff,

-against-

SALERNITANI LTD., doing business as
SAN MATTEO PIZZERIA AND ESPRESSO BAR,
located at 1739 Second Avenue, New York, NY 10128;
and FABIO CASELLA and CIRO CASELLA, individually,

                       Defendants.

Case No.: 21 cv 8748
(LJL)(SDA)

---

### NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT

PLEASE TAKE NOTICE, that, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Manuel Ortega Ortega, accepts Defendants' Rule 68 Offer of Judgment. Defendants' Rule 68 Offer of Judgment is attached hereto as Exhibit "A".

Dated: New York, New York
        January 18, 2023

                              Respectfully submitted,

                              **CILENTI & COOPER, PLLC**

                  By: _____
                                Peter H. Cooper (PHC 4714)
                             **Attorneys for Plaintiff**
                             60 East 42nd Street – 40th Floor
                             New York, NY 10165
                             T. (212) 209-3933
                             F. (212) 209-7102
                             E-mail: pcooper@jcpclaw.com

To:   Kevin S. Johnson, Esq.
      Hamra Law Group, P.C.
      **Attorneys for Defendants**
      1 Linden Place - Suite 207
      Great Neck, New York 11021
      Telephone (646) 590-0571