UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANUEL ORTEGA ORTEGA, on behalf of himself, and other similarly situated employees,<br><br>Plaintiff,<br><br>-against-<br><br>SALERNITANI LTD., doing business as SAN MATTEO PIZZERIA AND ESPRESSO BAR, located at 1739 Second Avenue, New York, NY 10128; and FABIO CASELLA and CIRO CASELLA, individually,<br><br>Defendants. | Case No.: 21 cv 8748 (LJL)(SDA)<br><br>**[proposed] Rule 68 Judgment** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Salernitani Ltd., Fabio Casella and Ciro Casella, (collectively, "Defendants"), having offered to allow Plaintiff Manuel Ortega Ortega ("Plaintiff") to take a judgment against them, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated January 17, 2023, and filed as Exhibit "A" to Docket Number 39;

**WHEREAS**, on January 18, 2023, Plaintiff's attorneys having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Docket 39);

It is **ORDERED AND ADJUDGED**, that judgment is entered in favor of Plaintiff in the amount of ten thousand dollars ($10,000.00), and the clerk is directed to close the case.

Dated: New York, New York
       January ___, 2023

                                                                      _____, D.J.